UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | |
| v. | : | Cr. No. 13-3431 |
| | : | |
| MADELINE WRIGHT | : | **NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Paul J. Fishman, United States Attorney for the District of New Jersey, has assigned the above-captioned matter to Barry A. Kamar, Assistant U.S. Attorney (barry.kamar@usdoj.gov).

                                    PAUL J. FISHMAN
                                    United States Attorney

                                    /s/ Barry Kamar

                         By:   Barry A. Kamar
                               Assistant U.S. Attorney

Dated:   April 24, 2014