

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*                                   973-645-2700
*Newark, New Jersey 07102*                                Fax: 973-645-2702

April 29, 2014

**By ECF and Email**

Honorable Stanley R. Chesler
United States District Court
Martin Luther King Federal Building
   & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

        Re:  Madeline Wright v. United States,
             <u>Civil No. 13-3431</u>

Dear Judge Chesler:

     In connection with the above-referenced matter, I write on behalf of the government to request a 60-day extension, until June 29, 2014, to respond to the petitioner Madeline Wright's motion to vacate, set aside or correct the sentence in her criminal conviction (Docket No. 1). I recently was assigned to this matter and respectfully request additional time to research and evaluate the petitioner's claims, in order to file an appropriate response.

                                     Respectfully,

                                      PAUL J. FISHMAN
                                      United States Attorney

                                      /s/ Barry Kamar

                                      By: BARRY A. KAMAR
                                      Assistant U.S. Attorney

cc:    Madeline Wright, pro se (by first class mail)
       Reg. 20179-014
       Federal Prison Camp-Danbury
       33 1/2 Pembroke Road
       Danbury, CT 06811