

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### NEWARD VICINAGE

|                              |   |                                      |
|------------------------------|---|--------------------------------------|
| Madeline Wright,             | : |                                      |
|                              | : |                                      |
| Petitioner,                  | : | Civil Action No.: 13-3431 (SRC)      |
|                              | : |                                      |
| v.                           | : |                                      |
|                              | : | **MEMORANDUM AND ORDER**             |
| United States of America,    | : |                                      |
|                              | : |                                      |
| Respondent.                  | : |                                      |
|                              | : |                                      |

This matter comes before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255. (Section 2255 Mot., ECF No. 1.) The last submission from Petitioner in this matter was on October 23, 2014, notifying the Court that she was unable to timely file a reply, and requesting that the Court address her motion without her reply. (ECF No. 11.)

According to the Federal Bureau of Prisons Inmate Locator Database, Petitioner was released from custody on May 26, 2015. See http://www.bop.gov/inmateloc/. Since then, Petitioner has not communicated with the Court regarding her petition, including failing to provide the Court with her new address in violation of L. Civ. R. 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

1

IT IS therefore on this _3 0_ day of _June_ , 2015,

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY
TERMINATE this case pursuant to L. Civ. R. 10.1., with the right
to reopen this matter upon Plaintiff updating her contact
information, in compliance with the appropriate rules.

STANLEY R. CHESLER
United States District Judge

2